CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive

Shoreham, NY 11786

Tel. (212) 979-7575

Fax (631) 929-1700

cjbowes@gmail.com

June 23, 2026

Via ECF

Hon Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re:    Ward v SSA
       26 Civ.  0763 (OTW)

                                                        **(AT) (OTW)**

Dear Judge Wang:

As the attorney for the above plaintiff, I write in response to the Court's June 23, 2026 Order to Show Cause regarding the undersigned's failure to file plaintiff' Brief by May 29, 2026. See ECF No 7.

I am very sorry I missed this deadline and apologize profusely to the Court and opposing counsel for the disruptions to your schedules. As far as I can tell, I mistakenly listed this Brief in my case docket as having been filed on April 30, 2026.  However, that obviously did not happen, and my internal docket entry error prevented me from realizing this mistake until receiving this Order to Show Cause.

With the kind consent of opposing counsel, SAUSA Kristina Cohn, I respectfully request an extension of time, nunc pro tunc, to June 29, 2026 approval of the following revised schedule:

| | |
|---|---|
| June 29, 2026 | Plaintiff's Brief |
| August 27, 2026 | Defendant's Brief |
| September 8, 2026 | Plaintiff's Reply |

Again, I am very sorry to miss this deadline and appreciate Your Honor's attention to this matter.

Plaintiff's application for an extension is **GRANTED** *nunc pro tunc* and the proposed briefing schedule is **APPROVED**. The Order to Show Cause is satisfied and I decline to recommend sanctions at this time. However, Plaintiff will be granted no further extensions without exceptionally good cause shown.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

SO ORDERED.

Ona T. Wang   June 24, 2026
U.S.M.J.